AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| NAVAL LOGISTIC, INC., d/ba/ MIDDLE POINT MARINA | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No.  22-cv-21943-DPG |
| M/V CHAMELEON II, in rem, and BRENT REYNOLDS, in personam | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BRENT REYNOLDS
6395 sw 120TH STREET
MIAMI, FLORIDA 33156

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Zachary L. Foreman, Esq.
Foreman Friedman, PA
2 South Biscayne Boulevard
Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:        06/24/2022

Angela E. Noble
Clerk of Court

*s/ J. Adams*

Deputy Clerk
U.S. District Courts